UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PAUL SIMMONS                         x
                    Plaintiff,       x
                                                    2/13/08
    -against-                        x
                                     x
COMMISSIONER ASST. CRANSTON.,        x
NYC DEPT. OF CORRECTION;                     07 CIV. 3241 (RJH)(MHD)
DEPUTY WARDEN CRIPPS., NYC           x
DEPT. OF CORRECTION AT AMKC;                       Motion
DEPUTY WARDEN COLLINS., NYC          x
DEPT. OF CORRECTION AT AMKC;
CAPTAIN BROWN #915., NYC/DOC
AT AMKC; C.O. LAWRENCE., NYC/        x
DOC AT AMKC,
                                     x
              Defendants.
                                     x
------------------------------------

Please take notice that the plaintiff moves for an order pursuant to Rule 6(b) of the Fed. R. Civ. P.

Discovery is ordered to be completed by March 31, 2008. The remaining Defendants having been served and the liklihood of further discovery requests as allowed with respect to request for admissions and telephone depositions. The plaintiff prays for the relief sought.

February 10, 2008

ENDORSED ORDER
Defendants are to respond
to this motion by Feb. 29, 2008.
[signature]
2/13/08

Paul F. Simmons
Mid Hudson Forensic, P.C.
P.O. Box 158
New Hampton, N.Y. 10958

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Paul Simmons

    -against-

Cranston, et al.
_____X

**AFFIRMATION OF SERVICE**

07 Civ. 3241 (RJH)(MHD)

I, Paul Simmons #12038, declare under penalty of perjury that I have served a copy of the attached letter requesting extension of discovery and other matters addressed, as concerns upon Brian G. Maxey, Corporation Counsel whose address is Law Department at 100 Church Street New York, N.Y. 10007

DATED: New Hampton, New York
February 10th, 2005

Signature: Paul F. Simmons #12038

Address: Mid-Hudson Forensic P.C.
P.O. Box 158

City, State & Zip Code: New Hampton, New York, 10958