*In The Name of Allah, Master W. Fard Muhammad and The Hon. Elijah Muhammad*

<u>By U.S. Postal Mail</u>



Hon. Magistrate Michael H. Dolinger
United States District Court
Southern District of New York
U.S. Courthouse – 500 Pearl Street
New York, N.Y. 10007

February 14, 2008

SIMMONS V. CRANSTON ET AL, 07 CIV.3241 (RJH)(MHD)

Your Honor:

    Today I was able to speak with your clerk with concerns relating to the next phase of the discovery process. I expressed that I could not further the process as to my desire of access to the court due to the fact that I am in a hospital facility and there is No law library materials or assistance, and to prevent prejudice of further discovery Process, I would ask that this matter be placed on the suspense docket until at such Time that I am returned to Riker's Island, anticipated by the third week of March.

    I reminded the clerk that the last three defendants were served January 8, 2008 and I may have a need to seek further discovery, something that cannot be accomplished while I am here. However, I have agreed to be deposed by Mr. Brian G. Maxey (Defendants' counsel) either on March 10th or 12th, 2008. We also discussed at Lenth the possibility of settlement. My proposal is at maximum, a settlement of no less Than seven thousand dollars which would cover my obligation to pay court filing fees.

    My only other stipulation with this would be that the remainder after payment is Made for filing fee, be sent in care of

    Minister Robert Muhammad
    Attn: La Shara Enterprises
    1919 Madison Avenue
    Suite #805
    New York, N.Y. 10035

I am authorizing that he have Power of Attorney over what I will receive after the payment of the filing fee which should be placed in a check separate from what I Desire to have him receive which would be $ 6,550.00 (six thousand/fifty-five hun-Dred dollars/ no cents).

---

ENDORSED ORDER

2/20/08 — We see no need at this time to stay this case, especially since plaintiff's deposition is *[illegible]*. Instead, we will adjourn *[stay]* deadline to complete discovery and will set a new date after receiving a status report *[from]* defendants by March 31, 2008.

Page 2 of 1

*It should be made clear to this court that the treatment staff here at Mid Hudson have Agreed to follow up the court's intentions, which is to resolve my other legal matters Recommending that I be placed in outpatient Mica Treatment (long term), and that It should not be construed that the case matters will ensure my conviction. Rather, Per CPL 220.15 the nature of this plea would apply to a possible contemplation of a Dismissal of the case matters. This is to give clarity to Mr. Maxey's intent to motion Any matter where he would assume I would be convicted. The condition of release Would be just that, a condition, and can result in the dismissal of the charges if I Complete the long term treatment ordered by both judges involved; to wit, Hon. Yates Of the Manhattan Supreme Court and Judge William Mogulescu of the Bronx Supreme Court.*

*Any other inquiries should be referred to the treatment team members Dr. Quazl Al-Tariq and Mr. Abraham David at Mid Hudson Forensic P.C., P.O. Box 158, New Hampton, N.Y. 10958 (845 374=8700). 1 await your response.*

*Sincerely Yours,*

*Paul Farrad Simmons., Plaintiff   Pro Se*

Cc;

*Mr. Brian G. Maxey., Assistant Corporation Counsel
Department of Law
100 Church Street
New York, N.Y. 10007*

*Dr. Al-Tariq., M.H.F.P.C.*

*Mr. Abraham David., M.H.F.P.C.*

*Min. Robert Muhamad., Treatment team member/consultant/clergy*