```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SIMMONS,

                  Plaintiff,

-against-

ASSISTANT COMMISSIONER MARK
CRANSTON, et al.,

                  Defendants.

07 Civ. 3241 (RJH) (MHD)

**ORDER**

On January 14, 2008, Magistrate Judge Michael Dolinger issued a Report and Recommendation ("the Report") in this case recommending that the Court deny plaintiff's application for a preliminary injunction. The parties have not filed any objections to the Report. In the absence of objections, the Court reviews the Report for clear error. See Edwards v. Fischer, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006). Finding none, the Court adopts the Report and denies plaintiff's application for a preliminary injunction.

SO ORDERED.

Dated: New York, New York
March 3, 2008

                                          Richard J. Holwell
                                          United States District Judge