UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

PAUL SIMMONS,

                Plaintiff,

-against-

ASSISTANT COMMISSIONER MARK
CRANSTON, et al.,

                Defendants.

------------------------------------------------------------

07 Civ. 3241 (RJH) (MHD)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

On January 14, 2008, Magistrate Judge Michael Dolinger issued a Report and Recommendation ("the Report") in this case recommending that the Court deny plaintiff's application for a preliminary injunction. The parties have not filed any objections to the Report. In the absence of objections, the Court reviews the Report for clear error. *See Edwards v. Fischer*, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006). Finding none, the Court adopts the Report and denies plaintiff's application for a preliminary injunction.

SO ORDERED.

Dated: New York, New York
March 3, 2008

                                          Richard J. Holwell
                                          United States District Judge