

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SIMMONS,

                Plaintiff,

-against-

ASSISTANT COMMISSIONER MARK
CRANSTON et al.,

                Defendants.

07 Civ. 3241 (RJH)

**ORDER**

      It has been reported to the Court that the parties have reached a settlement of this matter. Accordingly, it is hereby ORDERED that this action is discontinued without prejudice to restoration of the action to the calendar of the undersigned within 45 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 45-day period expires.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated: New York, New York
March 13, 2008

/s/ Richard J. Holwell

Richard J. Holwell
United States District Judge