2127880902





MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

BRIAN G. MAXEY
*Assistant Corporation Counsel*
Tel.: (212) 788-0987
Fax (212) 788-9776
E-mail: bmaxey@law.nyc.gov

March 25, 2008

BY FAX
Honorable Richard J. Holwell
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

Re: Paul Simmons v. City of New York et al, 07 CV 3241 (RJH)(MHD)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense of the above-captioned matter. Enclosed, please find a stipulation and order of settlement and discontinuance for your endorsement.

    Thank you for your consideration in this matter.

Sincerely,

Brian G. Maxey

CC BY MAIL
Paul Simmons
*Plaintiff pro se*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

PAUL SIMMONS,                                              x

                                    Plaintiff,    **STIPULATION AND ORDER**
                                                  **OF SETTLEMENT AND**
              -against-    **DISMISSAL**

ASSISTANT COMMISSIONER MARK CRANSTON,
DEPUTY WARDEN CRIPPS, DEPUTY WARDEN
COLLINS, CAPTAIN BROWN, CORRECTION    07 CV 3241 (RJH)(MHD)
OFFICER LAWRENCE,

                                    Defendants.
------------------------------------------------------------------- **NON-ECF CASE**

**WHEREAS,** plaintiff commenced this action by filing a complaint on or about April 23, 2007, alleging that defendants violated his federal civil and state common law rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1.    The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.    Defendant City of New York hereby agrees to pay plaintiff the total sum of ONE THOUSAND EIGHT HUNDRED AND FIFTY ($1,850.00) DOLLARS in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration

for the payment of this sum, plaintiff agrees to the dismissal of all the claims against defendants Assistant Commissioner Mark Cranston, Deputy Warden Cripps, Deputy Warden Collins, Captain Brown, and Correction Officer Lawrence, their successors, or assigns, and all past and present officials, employees, representatives and agents of the New York City Department of Correction and the City of New York, and the City of New York, from any and all liability, and any and all claims which were or could have been alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendant that it has in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed

upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       March 2⁸, 2008

| | |
|---|---|
| PAUL SIMMONS | MICHAEL A. CARDOZO |
| *Plaintiff pro se* | Corporation Counsel of the |
| #12038/Ward 31-32 | City of New York |
| Mid-Hudson Psychiatric Center | Attorney for Defendants |
| Box 158 | 100 Church Street |
| New Hampton, NY 10958-0158 | New York, N.Y. 10007 |
| | (212) 788-0987 |

By: _____          By: _____
    PAUL SIMMONS, *Plaintiff pro se*           BRIAN G. MAXEY (BM 0451)
                                               Assistant Corporation Counsel

SO ORDERED:

_____
HON. RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

*The Clerk is requested to close this case.*

- 3 -



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007
## FACSIMILE TRANSMISSION



MAR 25 2008

CHAMBERS OF
RICHARD J. HOLWELL

| | | | |
|---|---|---|---|
| TO: | Honorable Richard J. Holwell<br>United States District Court Judge<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 | FROM: | Brian G. Maxey, Esq.<br>Special Federal Litigation Division<br>(212) 788-0987<br>fax: (212) 788-9776<br>bmaxey@law.nyc.gov |
| FAX #: | 212-805-7948 | DATE: | Tuesday, March 25, 2008 |

You should receive 3 pages, including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

## Message: